United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGH PERFORMANCE CAPITAL INC., et al.,<br><br>    Defendants. | Case No. 16-cv-05556-DMR<br><br>**JUDGMENT** |

On September 25, 2017, the court granted dismissed this matter for Plaintiff Anthony M. Mendoza's failure to prosecute. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant High Performance Capital Inc. and against Plaintiff Mendoza. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 25, 2017



Donna M. Ryu
United States Magistrate Judge